| | |
|---|---|
| 1 | CAROL C. LAM<br>United States Attorney |
| 2 | TOM STAHL<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>THEOPHOUS H. REAGANS |
| 4 | Federal Office Building<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101<br>Telephone: (619) 557-6255 |

**ORIGINAL**

FILED

2006 SEP 26  AM 10:06

Attorneys for Defendant
JO ANNE B. BARNHART,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 06CV0809-H (CAB)<br><br>STIPULATION TO EXTEND TIME FOR FILING DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>**AND ORDER THEREON** |

COME NOW THE PARTIES, by and through their undersigned counsel, and hereby stipulate as follows:

1. Plaintiff filed his Motion for Summary Judgement on or about September 1, 2006. Defendant received Plaintiff's filing on August 29, 1006. The brief was sent by fax to the Office of General Counsel for the Social Security Administration on September 13, 2006.

2. Counsel at the Social Security Administration Office is responsible for reviewing the motion and preparing the draft response on behalf of the Defendant. The assigned attorney in the Office of General Counsel has requested an extension of thirty (30) days to allow the Social Security Administration Appeals Council time to consider the potential for remand.

///

THEREFORE, IT IS STIPULATED that, upon approval of the Court, Defendant's cross-motion shall be filed not later than 10/23/06. It is further stipulated that Plaintiff's opposition shall be filed not later than 11/06/06, and Defendant's reply to the opposition shall be filed not later than 11/13/06 and the new hearing date shall be 11/20/06 at 10am.

DATED: 9/20/06

CAROL C. LAM
United Stated Attorney

TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division

*Tom Stahl*
For/ THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
Counsel for Defendant

DATED: 9/20/06

*Thomas G. Roche*
Thomas Roche, Esq.
Counsel for Plaintiff

## ORDER

Upon stipulation of the parties, IT IS ORDERED that the time for Defendant to file a cross-motion or otherwise respond to Plaintiff's motion for summary judgment is extended to 10/23/06. IT IS FURTHER ORDERED that Plaintiff's opposition shall be filed not later than 11/6/06, and Defendant's reply to the opposition shall be filed not later than 11/13/06. The new hearing date will shall be 11/20/06, 10am.

DATED: 9/25/06

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE